UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Karen Karr, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|   vs. | )   Case No.: 1:12-cv-1182-DKL-WTL |
| | ) |
| Med-1 Solutions, LLC, | ) |
| | ) |
|     Defendants. | ) |
| | ) |

**PLAINTIFF'S PETITION FOR ASSESSMENT OF ATTORNEY'S FEES AND COSTS**

Comes now the Plaintiff, by counsel, and hereby files the Plaintiff's Petition for Assessment of Attorneys' Fees and Costs in the above-captioned action and, in support thereof, would show the Court the following:

1. On May 8, 2014 the Court granted in part Plaintiff's Motion for Summary Judgment awarding the Plaintiff statutory damages and attorneys' fees.

2. The Court directed the Plaintiff to file her petition for attorneys' fees and costs.

3. To support the Plaintiff's request for attorneys' fees and costs, the Plaintiff's attorney has attached an Affidavit of Attorneys' Fees. *See Exhibits "1" and "2" attached hereto.*

4. The Plaintiff's costs are included in the itemized invoice attached thereto.

5. Prior to filing this motion, the Plaintiff attempted to resolve the fees/costs issue with Defendant by sending a settlement proposal on May 12, 2014.

WHEREFORE, the Plaintiff respectfully requests that the Court grant this motion; award the Plaintiff all reasonable attorneys' fees and costs and grant the Plaintiff all other just and proper relief.

        Respectfully submitted,

        /s/ John T. Steinkamp
        John T. Steinkamp, #19891-49
        Attorney for Plaintiff
        5218 S. East Street, Suite E-1
        Indianapolis, IN 46227
        Office: (317) 780-8300
        steinkamplaw@yahoo.com

**Certificate of Service**

      I hereby certify that on May 14, 2014, a copy of the foregoing Plaintiff's Motion for Assessment of Attorney's Fees and Costs was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    Sarah D. Burt
    sarah.burt@med1solutions.com

    Richard Ross Huston
    rich@med1solutions.com

        Respectfully Submitted,

        /s/ John T. Steinkamp
        Attorney for Plaintiff
        John Steinkamp & Associates
        5218 S. East Street, Ste. E1
        Indianapolis, IN 46227
        steinkamplaw@yahoo.com