UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KAREN KARR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 1:12-cv-01182-DKL-WTL |
| ) | |
| MED-1 SOLUTIONS, LLC, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

Having made its entry on October 22, 2014, the Court hereby enters JUDGMENT in favor of Plaintiff and against the Defendant. Defendant shall pay Plaintiff statutory damages in the amount of **$1,000.00** and fees and costs in the amount of **$26,625.00.**

**SO ORDERED.**

Date: October 22, 2014

_Denise K. LaRue_
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution:

Michael Anthony Eades
JOHN STEINKAMP AND ASSOCIATES
steinkamplaw@yahoo.com

John Thomas Steinkamp
JOHN T. STEINKAMP AND ASSOCIATES
steinkamplaw@yahoo.com

Richard Ross Huston
MED-1 SOLUTIONS
rich@med1solutions.com